**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7402**

_____

LARRY BLAKNEY,

        Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA; HARTSVILLE S.C. POLICE DEPARTMENT,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03346-D)

_____

Submitted:  April 20, 2023                                     Decided:  April 25, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Blakney, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Blakney appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) as frivolous his complaint brought pursuant to the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Blakney v. United States*, No. 5:22-ct-03346-D (E.D.N.C. Nov. 23, 2022). We deny Blakney's motion to appoint a guardian ad litem and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*